```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAWAD MIQBEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | NO. CR. S-00-377 WBS |
|                                   ) | |
|           Plaintiff,              ) | |
|                                   ) | **STIPULATION AND ORDER REGARDING** |
|      v.                           ) | **CONDITIONS OF RELEASE** |
|                                   ) | |
| JAWAD MIQBEL,                     ) | |
|                                   ) | |
|           Defendant.              ) | Judge: Hon. William B. Shubb |
|                                   ) | |
| _____   ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jawad Miqbel, through their respective attorneys, as follows:

   1.  On October 19, 2005, the Court of Appeals ordered Mr. Miqbel released forthwith from custody pending resolution of his appeal and remanded the case to this Court "for the limited purpose of determining what, if any, conditions shall apply."

   2.  The parties agree that Mr. Miqbel may be released on his own recognizance subject to the conditions set forth in the attached "Notice

to Defendant Being Released," executed by Mr. Miqbel at the request of his attorney in May 2005. Defense counsel shall immediately advise Mr. Miqbel as to any future hearing the court may schedule and shall assure that Mr. Miqbel appears, unless his appearance is excused in advance by the Court.

                                Respectfully submitted,

                                QUIN DENVIR
                                Federal Defender

Dated: October 19, 2005        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JAWAD MIQBEL

                                McGREGOR SCOTT
                                United States Attorney

Dated: October 19, 2005        /s/ T. Zindel for S. Spangler
                                SAMANTHA SPANGLER
                                Assistant U.S. Attorney

## O R D E R

    Mr. Miqbel's release shall be on the conditions set forth in the above stipulation and in the attached Notice to Defendant Being Released.

    The Clerk is directed to serve a copy of this Order on the Bureau of Prisons.

    IT IS SO ORDERED.

Dated:  October 20, 2005

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28